# Exhibit A

📧 **EFILED IN OFFICE**
CLERK OF SUPERIOR COURT
FLOYD COUNTY, GEORGIA
**21CV01758**
KAY ANN WETHERINGTON
OCT 25, 2021 09:57 AM

*Barbara H. Penson*
Barbara H. Penson, Clerk
Floyd County, Georgia

**IN THE *SUPERIOR* COURT OF *FLOYD* COUNTY**

**STATE OF GEORGIA**

| | |
|---|---|
| *WILLIE MONTGOMERY*<br><br>Plaintiff,<br><br>v.<br><br>DOLLAR TREE STORES, INC. d/b/a STORE # 8280,<br><br>Defendant. | CIVIL ACTION<br>FILE NO.: _____ |

**JURY TRIAL DEMANDED**

**COMPLAINT**

COMES NOW *WILLIE MONTGOMERY*, plaintiff, and makes and files this complaint against defendant DOLLAR TREE STORES, INC. d/b/a STORE # 8280 as follows:

**PARTIES AND JURISDICTION**

1.

Plaintiff *WILLIE MONTGOMERY* resides at *11 Mockingbird Circle, SE, Rome, GA 30161* and is subject to the jurisdiction of this court.

2.

DOLLAR TREE STORES, INC is a *FOREIGN* corporation existing under the laws of *GEORGIA* with its principal place of business in *VIRGINIA* and may be served through its

registered agent *CORPORATION SERVICE COMPANY* at *2 Sun Court, Suite 400, Peachtree Corners, GA 30092* and is subject to the jurisdiction of this court.

3.

DOLLAR TREE STORES, INC. has place of business known as STORE # 8280, located at 2005 Maple Avenue, SE, Rome, Floyd County, Georgia 30161.

4.

Jurisdiction and venue are proper in this court.

## BACKGROUND

5.

On *December 24, 2019*, plaintiff was an invitee at STORE # 8280 located at 2005 Maple Avenue, SE, Rome, GA 30161, which is owned and operated by DOLLAR TREE STORES, INC. d/b/a STORE # 8280,

6.

Plaintiff slipped and fell on *water near the front of the store near the check-out area due to the manager in charge at the store was trying to mop the entire store near closing time on Christmas Eve with no signs placed everywhere within the store and the store was full of customers.*

7.

There were no cones or other warnings in the area of the *front of the store near the check-out area* at the time of the fall.

8.

Defendant had exclusive ownership, possession and control over STORE # 8280 located at 2005 Maple Avenue, SE, Rome, GA 30161, which is owned and operated by DOLLAR TREE STORES, INC. d/b/a STORE # 8280, at all times relevant to this litigation.

9.

As a result of plaintiff's fall, he suffered back pain, neck pain, blurred vision and hip pain.

10.

Plaintiff WILLIE MONTGOMERY seeks compensatory damages as well as special damages from Defendant for medical bills (past present and future), pain and suffering (past present and future) mental anguish and lost wages. Many of his special damages are itemized in Exhibit "A" to this Complaint.

## COUNT 1
## PREMISES LIABILITY

11.

Plaintiff realleges and incorporates herein the allegations contained in paragraphs 1 through 10 above as if fully restated.

12.

Plaintiff was an invitee on the premises at the time of the fall.

13.

Defendant owed a nondelegable duty of reasonable care in keeping the premises safe for invitees such as plaintiff.

14.

Defendant was negligent in failing to properly inspect the area where the fall occurred, in failing to remove the hazard from the floor, in failing to take adequate measures to protect invitees from substances on the floor and in failing to keep the premises safe for invitees.

15.

Defendant's negligence was the proximate cause of plaintiff's injuries.

## COUNT 2
## VICARIOUS LIABILITY

16.

Plaintiff realleges and incorporates herein the allegations contained in paragraphs 1 through 15 above as if fully restated.

17.

At all times relevant to this action, the individuals responsible for inspecting, cleaning and maintaining the area where plaintiff fell were employed by defendant and were acting within the scope of their employment.

18.

Defendant is responsible for the conduct of these individuals under the doctrine of *respondeat superior*, agency or apparent agency.

## COUNT 3
## NEGLIGENT TRAINING & SUPERVISION

19.

Plaintiff realleges and incorporates herein the allegations contained in paragraphs 1 through 18 above as if fully restated.

20.

Defendant was negligent in failing to adopt appropriate policies and procedures to make sure that appropriate inspections, cleaning and maintenance were performed on the premises and in failing to train its employees concerning safety procedures for inspecting, cleaning and maintaining the premises.

21.

Defendant was negligent in training and supervising its staff.

22.

As a result of defendant's negligence in training and supervising its employees, plaintiff was injured on the premises.

WHEREFORE, plaintiff prays that he has a trial on all issues and judgment against defendant as follows:

(a) That plaintiff recovers the full value of past and future medical expenses and past and future lost wages in an amount to be proven at trial;

(b) That plaintiff recovers for mental and physical pain and suffering and emotional distress in an amount to be determined by the enlightened conscience of the jury;

(c) That plaintiff recovers such other and further relief as is just and proper;

(d) That all issues be tried before a jury.

This 25th day of October, 2021.

*LAW OFFICES, PC*

By: _____

*SANFORD M. HILL*
Georgia Bar No. *354505*
*Attorney for Plaintiff*

*P.O. BOX 140*
*136 HIGHWAY 48*
*SUMMERVILLE, GA 30747*
*706-859-7777*
Fax: *706-857-0099*
E-mail: SANFORDHILL@WINDSTREAM.NET

**WILLIE MONTGOMERY**

## SPECIALS

| | |
|---|---|
| **FLOYD MEDICAL CENTER** <br> P.O. BOX 233 <br> ROME, GA 30162-0233 <br> 706-509-6000 <br> ACCOUNT #: 19360-00076 <br>         #: 20104-00284 | $10,377.50 |
| **ETOWAH EMERGENCY PHYSICIANS, LLC** <br> P.O. BOX 21663 <br> BELFAST, ME 04915-4113 <br> 678-235-6760 <br> ACCOUNT #: 3890848 | $1,400.00 |
| **ROME RADIOLOGY GROUP PA** <br> P.O. BOX 3253 <br> INDIANAPOLIS, IN 46206-3253 <br> 844-265-1935 <br> ACCOUNT #: 141329-RRG1 | $993.00 |
| **LESLIE A. TUCKER, D.C.** <br> 500 CEDAR AVE SW <br> ROME, GA 30161-6714 <br> 706-290-0408 <br> ACCOUNT # : 7822 | $5,500.00 |
| **ROBERT J. MADDEN, M.D.** <br> INTERNAL MEDICINE <br> 14 JOHN MADDOX DRIVE <br> ROME, GA 30165 <br> 706-295-7320 <br> ACCOUNT #: 283558190 | $1,435.00 |
| **TOTAL:** | $19,705.50 |

Exhibit "A"

# General Civil and Domestic Relations Case Filing Information Form

☑ Superior or ☐ State Court of  Floyd   County

**EFILED IN OFFICE**
CLERK OF SUPERIOR COURT
FLOYD COUNTY, GEORGIA

**21CV01758**

KAY ANN WETHERINGTON
OCT 25, 2021 09:57 AM

*Barbara H. Penson*
Barbara H. Penson, Clerk
Floyd County, Georgia

**For Clerk Use Only**

Date Filed  10-25-2021         Case Number  21CV01758
MM-DD-YYYY

| **Plaintiff(s)** | **Defendant(s)** |
|---|---|
| MONTGOMERY, WILLIE | DOLLAR TREE STORES, INC. D/B/A STORE # 8280 |
| Last    First    Middle I.    Suffix    Prefix | Last    First    Middle I.    Suffix    Prefix |

Plaintiff's Attorney  Hill, Sanford       Bar Number  354505    Self-Represented ☐

**Check one case type and, if applicable, one sub-type in one box.**

**General Civil Cases**
- ☐ Automobile Tort
- ☐ Civil Appeal
- ☐ Contract
- ☐ Contempt/Modification/Other Post-Judgment
- ☐ Garnishment
- ☐ General Tort
- ☐ Habeas Corpus
- ☐ Injunction/Mandamus/Other Writ
- ☐ Landlord/Tenant
- ☐ Medical Malpractice Tort
- ☐ Product Liability Tort
- ☐ Real Property
- ☐ Restraining Petition
- ☑ Other General Civil

**Domestic Relations Cases**
- ☐ Adoption
- ☐ Contempt
    - ☐ Non-payment of child support, medical support, or alimony
- ☐ Dissolution/Divorce/Separate Maintenance/Alimony
- ☐ Family Violence Petition
- ☐ Modification
    - ☐ Custody/Parenting Time/Visitation
- ☐ Paternity/Legitimation
- ☐ Support – IV-D
- ☐ Support – Private (non-IV-D)
- ☐ Other Domestic Relations

☐ Check if the action is related to another action(s) pending or previously pending in this court involving some or all of the same parties, subject matter, or factual issues. If so, provide a case number for each.

_____    _____
Case Number                Case Number

☑ I hereby certify that the documents in this filing, including attachments and exhibits, satisfy the requirements for redaction of personal or confidential information in O.C.G.A. § 9-11-7.1.

☐ Is a foreign language or sign-language interpreter needed in this case? If so, provide the language(s) required.

_____
Language(s) Required

☐ Do you or your client need any disability accommodations? If so, please describe the accommodation request.

_____

Version 1.1.20

## SUPERIOR COURT OF FLOYD COUNTY
## STATE OF GEORGIA

EFILED IN OFFICE
CLERK OF SUPERIOR COURT
FLOYD COUNTY, GEORGIA
**21CV01758**
KAY ANN WETHERINGTON
OCT 25, 2021 09:57 AM

*Barbara H. Penson*
Barbara H. Penson, Clerk
Floyd County, Georgia

CIVIL ACTION NUMBER 21CV01758

MONTGOMERY, WILLIE

**PLAINTIFF**

VS.

DOLLAR TREE STORES, INC. D/B/A
STORE # 8280, DBA C/O CORPORATION
SERVICE COMPANY AS REGISTERED
AGENT

**DEFENDANT**

**SUMMONS**

TO: DOLLAR TREE STORES, INC. D/B/A STORE # 8280

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

**Sanford Hill
Law Offices, PC
P.O. Box 140
136 Highway 48
Summerville, Georgia 30747**

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

**This 25th day of October, 2021.**

Clerk of Superior Court

*Barbara H. Penson*
Barbara H. Penson, Clerk
Floyd County, Georgia

Page 1 of 1

SHERIFF'S ENTRY OF SERVICE    SC-85-2

Civil Action No. 21CV01759

Date Filed 10-25-21

Attorney's Address Law Office, PC

Name and Address of Party to be Served.

Dollar Tree Stores, Inc. d/b/a
Shoff SVC
c/o Corp. ... Service Co.
... Court ... 4cc
... GA 3...

| | Superior Court ☒ | Magistrate Court ☐ |
|---|---|---|
| | State Court ☐ | Probate Court ☐ |
| | Juvenile Court ☐ | |

Georgia, Floyd COUNTY

_____ Plaintiff

VS.

Dollar Tree Stores, Inc.
d/b/a Store #...
_____ Defendant

_____ Garnishee

## SHERIFF'S ENTRY OF SERVICE

☐ **PERSONAL** — I have this day served the defendant _____ personally with a copy of the within action and summons.

☐ **NOTORIOUS** — I have this day served the defendant _____ by leaving a copy of the action and summons at his most notorious place of abode in this County.
Delivered same into hands of _____ described as follows:
age, about _____ years; weight _____ pounds; height, about _____ feet and _____ inches, domiciled at the residence of defendant.

☒ **CORPORATION** — Served the defendant Dollar Tree Stores, Inc. d/b/a Store II ___ a corporation by leaving a copy of the within action and summons with Alisha S_____ RA in charge of the office and place of doing business of said Corporation in this County.

☐ **TACK & MAIL** — I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

☐ **NON EST** — Diligent search made and defendant _____ not to be found in the jurisdiction of this Court.

This 4 day of Nov, 20 21.

_____ DEPUTY

SHERIFF DOCKET _____ PAGE _____

White - Clerk • Canary - Plaintiff • Pink - Defendant