# Exhibit B

# LAW OFFICES, PC
## Sanford M. Hill, MBA, DC, PMD, JD

Attorney at Law
136 Hwy 48
P.O. Box 140
Summerville, GA 30747

Tel: 706-859-7777                                                                                   Fax: 706-857-0099

May 17, 2021

CERTIFIED MAIL:7019 2280 0001 4110 8899

**SEDGWICK**
**P.O. BOX 14436**
**LEXINGTON, KY 40512-4436**

**RE: TIME LIMIT DEMAND**

| | |
|---|---|
| Your Insured: | Dollar Tree Stores, Inc. |
| My Client: | Willie Montgomery |
| Claim No.: | 30194194595-0001 |
| Date of Loss: | December 24, 2019 |
| Location: | 2005 Maple Ave SE, Rome, GA 30161-6783 |

Dear Claims Department:

As you know, our firm has been retained to represent Willie Montgomery in his personal injury case arising out of a slip and fall incident that occurred on December 24, 2019. Liability is clear as my client slipped on a wet floor and landed on his back. My client was unaware that the floor was highly saturated with water because a caution sign was not strategically placed in the store.

See the enclosed medical bills and records regarding Mr. Montgomery's treatment for bodily injuries. My client's specials are **$19,705.50.** Mr. Montgomery has endured pain and suffering as a result of the 12-24-19 incident. I was instructed to demand **$98,527.50 pursuant to a general release** as settlement for Mr. Montgomery's case.

This offer to settle is a time-limited offer and will expire 30 days from the date you receive this correspondence. If this time limit places you in a difficult position and you need additional time, call my office within the next 15 days and we can discuss a time extension. You can make your check payable to Willie Montgomery and Law Offices, PC, and mail it directly to my Summerville office. The firm's EIN Number is 20-1231611.

Sincerely,

Dr. Sanford M. Hill

SMH:mr

Enclosures


Cc  Willie Montgomery w/o enclosure